UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
(INDIANAPOLIS DIVISION)

| | | |
|---|---|---|
| MONICA RICHARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:21-cv-02335-SEB-DML |
| | ) | |
| OAKLAND CIITY UNIVERSITY, | ) | |
| Founded by General Baptists, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

Comes now Plaintiff, Monica Richards, by counsel, Amber K. Boyd, and Defendant, Oakland City University, by counsel, Ziemer, Stayman, Weitzel & Shoulders, LLP, and having filed their "Stipulation of Dismissal of Action" and the Court, having considered the same, and being duly advised, now finds that Plaintiff's Complaint should be dismissed with prejudice.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's Complaint against the Defendant, Oakland City University, be dismissed, with prejudice, with each party to bear their own costs.

_____9/28/2022_____
Date

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record via email generated by the Court's ECF System.**